UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

John Jay Marhefka
Suzanne Marhefka

Chapter: 13
Case Number: 5-18-04743

Debtor(s)

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice & Motion to Suspend Trustee Payments was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: March 16, 2020

SIGNED: *Lisa Marchak*

TITLE: LEGAL ASSISTANT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*****************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHN JAY MARHEFKA and | : | |
| SUZANNE MARHEFKA | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-18-04743 |

*********************************************************************************

| | |
|---|---|
| JOHN JAY MARHEFKA and | : |
| SUZANNE MARHEFKA | : |
| MOVANT | : |
| VS. | : |
| CHARLES J. DEHART, III, ESQ. | : |
| RESPONDENT | : |

*********************************************************************************

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**
*****************************************************************

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before April 6, 2020. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

DATE   March 16, 2020                              Clerk, U.S. Bankruptcy Court
                                                   197 South Main Street
Tullio DeLuca, Esquire                             Wilkes-Barre, PA  18701
PA ID# 59887
Attorney for Debtors/Movants
381 N. 9th Avenue
Scranton, PA 18504

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*********************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHN JAY MARHEFKA and | : | |
| SUZANNE MARHEFKA | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-18-04743 |

*********************************************************************

| | | |
|---|---|---|
| JOHN JAY MARHEFKA and | : | |
| SUZANNE MARHEFKA | : | |
| MOVANT | : | |
| VS. | : | |
| CHARLES J. DEHART, III, ESQ. | : | |
| RESPONDENT | : | |

*********************************************************************

**MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS**

*********************************************************************

AND NOW COMES, the Debtors, John and Suzanne Marhefka, by and through their attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtors filed a Chapter 13 Petition on November 08, 2018.

2. That Debtors' Chapter 13 Plan provides for monthly payments of $321.00 to the Chapter 13 Trustee to pay attorney and Trustee fees and secured creditors.

3. Debtor, John Marhefka was unemployed, resulting in a temporary decrease in monthly income.

4. Debtors are unable to make the Trustee payments until their immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5. In light of the above Debtors request a Temporary Suspension of their Trustee payments for a period of one (1) month or earlier starting in the month of March 2020. If Debtors immediate problem stabilizes, Debtors will commence Trustee payments sooner.

WHEREFORE, the Debtors respectfully requests that this Court enter an Order allowing for a suspension of Trustee's monthly payments for a period of at least one (1) month and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

Respectfully submitted,

Dated: March 16, 2020

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID # 59887
381 N. 9th Avenue
Scranton, Pa 18504
(570) 347-7764
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHN JAY MARHEFKA and | : | |
| SUZANNE MARHEFKA | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-18-04743 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOHN JAY MARHEFKA and :
SUZANNE MARHEFKA :
         MOVANT :
VS. :
CHARLES J. DEHART, III, ESQ. :
         RESPONDENT :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of one (1) month from March 2020 due to a decrease in income, and it is further ordered that if the Debtors are able to make the payments within the one (1) month period, Debtors are ordered to commence making monthly payments to the Chapter 13 Trustee.

| | | |
|---|---|---|
| Absolute Resolutions Invesments LLC<br>8000 Norman Center Dr. Suite 350<br>Bloomington MN 55437 | Barclays<br>Card Services<br>P.O. Box 8802<br>Wilmington, DE 19899 | Best Buy Credit Services<br>PO Box 790441<br>St. Louis, MO 63179 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130 | Capital One<br>PO BOX 71083<br>Charlotte NC 28272 | Becket And Lee LLP<br>PO BOX 3001<br>Malvern PA 19355 |
| Comenity Bank<br>Bankruptcy Department<br>P.O. Box 183003<br>Columbus, OH 43218-3043 | Comenity Bank/Lane Bryant<br>Bankruptcy Department<br>P.O. Box 182273<br>Columbus, OH 43218-2273 | CHARLES J DEHART III (TRUSTEE)<br>8125 ADAMS DRIVE STE A<br>HUMMELSTOWN, PA 17036-8625 |
| Discover Bank<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | First Bankcard<br>P.O. Box 3696<br>Omaha, NE 68103 | Goodyear Credit Plan<br>P.O. Box 6403<br>Sioux Falls, SD 57117-6403 |
| Home Depot Credit Services<br>PO Box 790328<br>St Louis, MO 63179 | Kohl's<br>P.O. Box 3004<br>Milwaukee, WI 53201-3004 | Nelnet/Educational Financial<br>3015 S. Parker Rd., Ste. 400<br>Aurora, CO 80014 |
| NetLet on behalf of ASA<br>PO Box 16129<br>St. Paul MN 55116-0129 | PRA<br>PO Box 41067<br>Norfolk VA 23541 | Quantum 3 Group LLC<br>PO Box 788<br>Kirkland WA 98083 |
| Sears<br>7920 NW 110th St<br>Kansas City, MO 54153-1270 | Sun Trust Bank<br>P.O. Box 85024<br>Richmond, VA 23285-5024 | PRA<br>PO BOX 41021<br>Norfolk VA 23541 |
| Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | UNITED STATES TRUSTEE<br>228 WALNUT ST. STE 1190<br>HARRISBURG, PA 17101-1722 | Toyota Financial Services<br>Attn: Bankruptcy Dept.<br>P.O. Box 8026<br>Cedar Rapids, IA 52408 |
| Toyota Lease Trust<br>PO Box 9013<br>Addison TX 75001 | | |