# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

John Jay Marhefka
Suzanne Marhefka

Debtor(s)

Chapter: 13
Case Number: 5-18-04743

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice & Motion to Suspend Trustee Payments was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: April 8, 2020

SIGNED: *Lisa Manchak*

TITLE:    LEGAL ASSISTANT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHN JAY MARHEFKA and | : | |
| SUZANNE MARHEFKA | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-18-04743 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOHN JAY MARHEFKA and             :
SUZANNE MARHEFKA                  :
        MOVANT              :
    VS.                              :
CHARLES J. DEHART, III, ESQ.      :
        RESPONDENT          :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before April 29, 2020. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

    If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

DATE   April 8, 2020                                   Clerk, U.S. Bankruptcy Court
                                                       197 South Main Street
Tullio DeLuca, Esquire                                 Wilkes-Barre, PA  18701
PA ID# 59887
Attorney for Debtors/Movants
381 N. 9th Avenue
Scranton, PA 18504

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JOHN JAY MARHEFKA and | : |
| SUZANNE MARHEFKA | : |
| | : |
| Debtor(s) | : CASE NO. 5-18-04743 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOHN JAY MARHEFKA and     :
SUZANNE MARHEFKA          :
                MOVANT    :
        VS.               :
CHARLES J. DEHART, III, ESQ. :
            RESPONDENT    :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND NOW COMES, the Debtors, John and Suzanne Marhefka, by and through their attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtors filed a Chapter 13 Petition on November 08, 2018.

2. That Debtors' Chapter 13 Plan provides for monthly payments of $321.00 to the Chapter 13 Trustee to pay attorney and Trustee fees and secured creditors.

3. Due to the Corona Virus, Debtor, John Marhefka is laid off, resulting in a temporary decrease in monthly income.

4. Debtors are unable to make the Trustee payments until their immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5. In light of the above Debtors request a Temporary Suspension of their Trustee payments for a period of one (1) month or earlier starting in the month of April 2020. If Debtors immediate problem stabilizes, Debtors will commence Trustee payments sooner.

WHEREFORE, the Debtors respectfully requests that this Court enter an Order allowing for a suspension of Trustee's monthly payments for a period of at least one (1) month and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

                                    Respectfully submitted,

Dated: April 8, 2020               /s/Tullio DeLuca
                                       Tullio DeLuca, Esquire
                                       PA ID # 59887
                                       381 N. 9th Avenue
                                       Scranton, Pa 18504
                                       (570) 347-7764
                                       Attorney for Debtors

Case 5:18-bk-04743-RNO Doc 38 Filed 04/09/20 Entered 04/09/20 09:09:27 Desc
Main Document Page 5 of 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*****************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHN JAY MARHEFKA and | : | |
| SUZANNE MARHEFKA | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-18-04743 |

*********************************************************************************

| | |
|---|---|
| JOHN JAY MARHEFKA and | : |
| SUZANNE MARHEFKA | : |
| MOVANT | : |
| VS. | : |
| CHARLES J. DEHART, III, ESQ. | : |
| RESPONDENT | : |

*********************************************************************************

## ORDER
*********************************************************************************

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of one (1) month, April 2020, due to a decrease in income, and it is further ordered that if the Debtors are able to make the payments within the one (1) month period, Debtors are ordered to commence making monthly payments to the Chapter 13 Trustee.

Absolute Resolutions Invesments LLC
8000 Norman Center Dr. Suite 350
Bloomington MN 55437

Barclays
Card Services
P.O. Box 8802
Wilmington, DE 19899

Best Buy Credit Services
PO Box 790441
St. Louis, MO 63179

Capital One
PO Box 30285
Salt Lake City, UT 84130

Capital One
PO BOX 71083
Charlotte NC 28272

Becket And Lee LLP
PO BOX 3001
Malvern PA 19355

Comenity Bank
Bankruptcy Department
P.O. Box 183003
Columbus, OH 43218-3043

Comenity Bank/Lane Bryant
Bankruptcy Department
P.O. Box 182273
Columbus, OH 43218-2273

CHARLES J DEHART III (TRUSTEE)
8125 ADAMS DRIVE STE A
HUMMELSTOWN, PA 17036-8625

Discover Bank
P.O. Box 3025
New Albany, OH 43054-3025

First Bankcard
P.O. Box 3696
Omaha, NE 68103

Goodyear Credit Plan
P.O. Box 6403
Sioux Falls, SD 57117-6403

Home Depot Credit Services
PO Box 790328
St Louis, MO 63179

Kohl's
P.O. Box 3004
Milwaukee, WI 53201-3004

Nelnet/Educational Financial
3015 S. Parker Rd., Ste. 400
Aurora, CO 80014

NetLet on behalf of ASA
PO Box 16129
St. Paul MN 55116-0129

PRA
PO Box 41067
Norfolk VA 23541

Quantum 3 Group LLC
PO Box 788
Kirkland WA 98083

Sears
7920 NW 110th St
Kansas City, MO 54153-1270

Sun Trust Bank
P.O. Box 85024
Richmond, VA 23285-5024

PRA
PO BOX 41021
Norfolk VA 23541

Synchrony Bank
Attn: Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060

UNITED STATES TRUSTEE
228 WALNUT ST. STE 1190
HARRISBURG, PA 17101-1722

Toyota Financial Services
Attn: Bankruptcy Dept.
P.O. Box 8026
Cedar Rapids, IA 52408

Toyota Lease Trust
PO Box 9013
Addison TX 75001