```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                              Case No. 18-04743-RNO
John Jay Marhefka                                                   Chapter 13
Suzanne Marhefka
      Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke             Page 1 of 2              Date Rcvd: May 06, 2020
                              Form ID: pdf010             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
db/jdb         +John Jay Marhefka,    Suzanne Marhefka,    1122 N. Main Ave.,    Scranton, PA 18508-2110
cr              ECMC,    ECMC,   PO Box 16408,    St. Paul, MN   55116-0408
5129047        +Barclays,    Card Services,    P.O. Box 8802,    Wilmington, DE 19899-8802
5129048        +Best Buy Credit Services,    PO Box 790441,    St. Louis, MO 63179-0441
5148370         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5158430         ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
5158431         ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408,    ECMC,    PO BOX 16408,
                 ST. PAUL, MN 55116-0408
5129055        +First Bankcard,    P.O. Box 3696,    Omaha, NE 68103-0696
5129056         Goodyear Credit Plan,    P.O. Box 6403,    Sioux Falls, SD 57117-6403
5129057        +Home Depot Credit Services,    PO Box 790328,    St Louis, MO 63179-0328
5129060        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5135987        +Nelnet on behalf of ASA,    PO Box 16129,    St. Paul, MN 55116-0129
5129062        +Sears,    7920 NW 110th St,    Kansas City, MO 64153-1270
5129063         Sun Trust Bank,    P.O. Box 85024,    Richmond, VA 23285-5024
5129077        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    Attn: Bankruptcy Dept.,
                   P.O. Box 8026,    Cedar Rapids, IA 52408)
5150793        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
5150520        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5144957         E-mail/Text: Bankruptcy@absoluteresolutions.com May 06 2020 19:18:35
                 Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                 8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
5129049        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 06 2020 19:20:48     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5137473         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 06 2020 19:20:47
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5129050        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 06 2020 19:18:40     Comenity Bank/Boscovs,
                 Bankruptcy Department,    P.O. Box 183003,    Columbus, OH 43218-3003
5129051         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 06 2020 19:18:41     Comenity Bank/Game Stop,
                 Bankruptcy Department,    P.O. Box 183003,    Columbus, OH 43218-3003
5129052         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 06 2020 19:18:41     Comenity Bank/Lane Bryant,
                 Bankruptcy Department,    P.O. Box 182273,    Columbus, OH 43218-2273
5129053         E-mail/Text: mrdiscen@discover.com May 06 2020 19:18:36     Discover,    P.O. Box 30943,
                 Salt Lake City, UT 84130
5129054         E-mail/Text: mrdiscen@discover.com May 06 2020 19:18:36     Discover Bank,    P.O. Box 3025,
                 New Albany, OH 43054-3025
5130518         E-mail/Text: mrdiscen@discover.com May 06 2020 19:18:36     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5129059         E-mail/Text: bncnotices@becket-lee.com May 06 2020 19:18:38     Kohl's,    P.O. Box 3004,
                 Milwaukee, WI 53201-3004
5129061        +E-mail/Text: electronicbkydocs@nelnet.net May 06 2020 19:18:45     Nelnet/Educational Financial,
                 3015 S. Parker Rd., Ste. 400,    Aurora, CO 80014-2904
5150979         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 06 2020 19:21:02
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5129321        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 06 2020 19:21:17
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5147053         E-mail/Text: bnc-quantum@quantum3group.com May 06 2020 19:18:42
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
5151087        +E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 19:21:00     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
5129065         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 19:21:14     Synchrony Bank/Amazon.com,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
5129066         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 19:21:01
                 Synchrony Bank/Dick's Sporting Goods,    Attn: Bankruptcy Dept.,    P.O. Box 965060,
                 Orlando, FL 32896-5060
5129067         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 19:20:46     Synchrony Bank/Home Design NAHFA,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
5129068         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 19:20:46     Synchrony Bank/JC Penney,
                 Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL  32896-5060
5129069         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 19:20:47     Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
5129070         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 19:20:47     Synchrony Bank/Old Navy,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
5129071         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 19:21:14     Synchrony Bank/Sam's Club,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
5129072         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 19:21:14     Synchrony Bank/Score Card,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
5129073         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 19:21:15     Synchrony Bank/TJX Co. PLCC,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5129074         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 19:20:47      Synchrony Bank/Toys R Us,
                 Attn: Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL 32896-5060
5129075         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 19:20:47      Synchrony Bank/Wal-Mart,
                 Attn: Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL 32896-5060
5129076         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 19:21:15      Synchrony Bank/Zullily,
                 Attn: Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL 32896-5060
                                                                                          TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5129058*        +John Jay Marhefka,   1122 N. Main Ave.,   Scranton, PA 18508-2110
5129064*        +Suzanne Marhefka,   1122 N. Main Ave.,   Scranton, PA 18508-2110
                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          Tullio  DeLuca    on behalf of Debtor 2 Suzanne  Marhefka tullio.deluca@verizon.net
          Tullio  DeLuca    on behalf of Debtor 1 John Jay Marhefka tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*********************************************************************************

IN RE: : CHAPTER 13
JOHN JAY MARHEFKA and :
SUZANNE MARHEFKA :
 :
       Debtor(s) : CASE NO. 5-18-04743
*********************************************************************************
JOHN JAY MARHEFKA and :
SUZANNE MARHEFKA :
       MOVANT :
       VS. :
CHARLES J. DEHART, III, ESQ. :
       RESPONDENT :
*********************************************************************************

## **ORDER**
*********************************************************************************

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of one (1) month, April 2020, due to a decrease in income, and it is further ordered that if the Debtors are able to make the payments within the one (1) month period, Debtors are ordered to commence making monthly payments to the Chapter 13 Trustee.

Dated: May 5, 2020       By the Court,

                                        */s/ Robert N. Opel, II*
                                        Robert N. Opel, II, Bankruptcy Judge  (DG)

# Notice Recipients

District/Off: 0314−5     User: AutoDocketer     Date Created: 5/5/2020
Case: 5:18−bk−04743−RNO     Form ID: pdf010     Total: 2

**Recipients of Notice of Electronic Filing:**
tr     Charles J DeHart, III (Trustee)     dehartstaff@pamd13trustee.com
aty     Tullio DeLuca     tullio.deluca@verizon.net

TOTAL: 2