United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
John Jay Marhefka  
Suzanne Marhefka  
    Debtors

Case No. 18-04743-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Jan 02, 2024      Form ID: 3180W      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Jay Marhefka, Suzanne Marhefka, 1122 N. Main Ave., Scranton, PA 18508-2110 |
| 5129060 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jan 02 2024 19:23:00 | ECMC, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5144957 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 02 2024 19:23:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5129047 | + | EDI: TSYS2 | Jan 03 2024 00:21:00 | Barclays, Card Services, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 5129048 | + | EDI: CITICORP | Jan 03 2024 00:21:00 | Best Buy Credit Services, PO Box 790441, St. Louis, MO 63179-0441 |
| 5129049 | + | EDI: CAPITALONE.COM | Jan 03 2024 00:21:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5137473 | | EDI: CAPITALONE.COM | Jan 03 2024 00:21:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5148370 | | Email/PDF: bncnotices@becket-lee.com | Jan 02 2024 19:22:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5129050 | + | EDI: WFNNB.COM | Jan 03 2024 00:21:00 | Comenity Bank/Boscovs, Bankruptcy Department, P.O. Box 183003, Columbus, OH 43218-3003 |
| 5129051 | | EDI: WFNNB.COM | Jan 03 2024 00:21:00 | Comenity Bank/Game Stop, Bankruptcy Department, P.O. Box 183003, Columbus, OH 43218-3003 |
| 5129052 | | EDI: WFNNB.COM | Jan 03 2024 00:21:00 | Comenity Bank/Lane Bryant, Bankruptcy Department, P.O. Box 182273, Columbus, OH 43218-2273 |
| 5129053 | | EDI: DISCOVER | Jan 03 2024 00:21:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 5129054 | | EDI: DISCOVER | Jan 03 2024 00:21:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5130518 | | EDI: DISCOVER | Jan 03 2024 00:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5158430 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 02 2024 19:23:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 5158431 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 02 2024 19:23:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5129055 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 02 2024 19:23:00 | First Bankcard, P.O. Box 3696, Omaha, NE 68103 |
| 5129056 | | EDI: CITICORP | Jan 03 2024 00:21:00 | Goodyear Credit Plan, P.O. Box 6403, Sioux Falls, SD 57117-6403 |
| 5129057 | + | EDI: CITICORP | Jan 03 2024 00:21:00 | Home Depot Credit Services, PO Box 790328, St Louis, MO 63179-0328 |
| 5129059 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 02 2024 19:23:00 | Kohl's, P.O. Box 3004, Milwaukee, WI 53201-3004 |
| 5543396 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2024 19:22:52 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543397 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2024 19:22:51 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5135987 | ^ | MEBN | Jan 02 2024 19:17:28 | Nelnet on behalf of ASA, PO Box 16129, St. Paul, MN 55116-0129 |
| 5129061 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 02 2024 19:23:00 | Nelnet/Educational Financial, 3015 S. Parker Rd., Ste. 400, Aurora, CO 80014-2904 |
| 5150979 | | EDI: PRA.COM | Jan 03 2024 00:22:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5129321 | + | EDI: RECOVERYCORP.COM | Jan 03 2024 00:22:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5147053 | | EDI: Q3G.COM | Jan 03 2024 00:22:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5129062 | + | EDI: CITICORP | Jan 03 2024 00:21:00 | Sears, 7920 NW 110th St, Kansas City, MO 64153-1270 |
| 5129063 | | Email/Text: bankruptcy@bbandt.com | Jan 02 2024 19:23:00 | Sun Trust Bank, P.O. Box 85024, Richmond, VA 23285-5024 |
| 5151087 | + | EDI: SYNC | Jan 03 2024 00:21:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5129065 | | EDI: SYNC | Jan 03 2024 00:21:00 | Synchrony Bank/Amazon.com, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5129066 | | EDI: SYNC | Jan 03 2024 00:21:00 | Synchrony Bank/Dick's Sporting Goods, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5129067 | | EDI: SYNC | Jan 03 2024 00:21:00 | Synchrony Bank/Home Design NAHFA, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5129068 | | EDI: SYNC | Jan 03 2024 00:21:00 | Synchrony Bank/JC Penney, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 5129069 | | EDI: SYNC | Jan 03 2024 00:21:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5129070 | | EDI: SYNC | Jan 03 2024 00:21:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5129071 | | EDI: SYNC | Jan 03 2024 00:21:00 | Synchrony Bank/Sam's Club, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5129072 | | EDI: SYNC | Jan 03 2024 00:21:00 | Synchrony Bank/Score Card, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5129073 | | EDI: SYNC | Jan 03 2024 00:21:00 | Synchrony Bank/TJX Co. PLCC, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5129074 | | EDI: SYNC | Jan 03 2024 00:21:00 | Synchrony Bank/Toys R Us, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5129075 | | EDI: SYNC | Jan 03 2024 00:21:00 | Synchrony Bank/Wal-Mart, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5129076 | | EDI: SYNC | Jan 03 2024 00:21:00 | Synchrony Bank/Zullily, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5129077 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 02 2024 19:23:00 | Toyota Financial Services, Attn: Bankruptcy Dept., P.O. Box 8026, Cedar Rapids, IA 52408-8026 |
| 5150793 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 02 2024 19:23:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5150520 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 02 2024 19:23:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5129058 | *+ | John Jay Marhefka, 1122 N. Main Ave., Scranton, PA 18508-2110 |
| 5543400 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543403 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543401 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543404 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5129064 | *+ | Suzanne Marhefka, 1122 N. Main Ave., Scranton, PA 18508-2110 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 04, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |

| | |
|---|---|
| Tullio DeLuca | on behalf of Debtor 2 Suzanne Marhefka tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 John Jay Marhefka tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: John Jay Marhefka | Social Security number or ITIN: xxx–xx–2198 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Suzanne Marhefka | Social Security number or ITIN: xxx–xx–1155 | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 5:18-bk-04743-MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Jay Marhefka
aka John J. Marhefka, aka John Marhefka

Suzanne Marhefka

1/2/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

Case 5:18-bk-04743-MJC    Doc 56    Filed 01/04/24    Entered 01/05/24 00:31:00    Desc
Imaged Certificate of Notice    Page 5 of 7

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2